709 A.2d 910

**MRS. SMITH'S FROZEN FOODS COMPANY, Petitioner,**

v.

**FREEZING EQUIPMENT SALES, INC., Toshiba International Corporation, Ram Motors and Control Company and Rego Company, Respondents.**

**No. 0099 M.D. Allocatur Docket 1997.**

Supreme Court of Pennsylvania.

June 3, 1998.

Stephen A. Cozen, Richard C. Glazer, Gaele McLaughlin Barthold, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 3rd day of June, 1998, we **Grant** the petition for allowance of appeal, we **REVERSE** the order of the Superior Court, and we **REMAND** the matter to the Court of Common Pleas of Montgomery County consistent with this Court's opinion in *Schroeder v. Commonwealth of Pennsylvania, Department of Transportation, et al.,* 551 Pa. 243, 710 A.2d 23 (Pa.1998).